FILED (GR)
U.S. District Court Clerk
OCT 21 2022
JW
Western Michigan
KB 10/24

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

**SECURITIES AND EXCHANGE COMMISSION,**

***Plaintiff,***

**v.**

**TIMOTHY BARTON,**
**CARNEGIE DEVELOPMENT, LLC,**
**WALL007, LLC,**
**WALL009, LLC,**
**WALL010, LLC,**
**WALL011, LLC,**
**WALL012, LLC,**
**WALL016, LLC,**
**WALL017, LLC,**
**WALL018, LLC,**
**WALL019, LLC,**
**HAOQIANG FU (A/K/A MICHAEL FU),**
**STEPHEN T. WALL,**

***Defendants,***

**DJD LAND PARTNERS, LLC, and**
**LDG001, LLC,**

***Relief Defendants.***

**MISC. NO.** ______________________

**1:22-mc-117**
**Ray Kent**
**U.S. Magistrate Judge**

**NOTICE OF APPOINTMENT OF RECEIVER**

Pursuant to the provisions of 28 U.S.C. § 754, Cortney C. Thomas provides notice of his appointment as Temporary Receiver for the following entities and their assets:

- Defendant Carnegie Development, LLC;
- Defendant WALL007, LLC;
- Defendant WALL009, LLC;
- Defendant WALL010, LLC;
- Defendant WALL011, LLC;
- Defendant WALL012, LLC;
- Defendant WALL016, LLC;
- Defendant WALL017, LLC;

- Defendant WALL018, LLC;
- Defendant WALL019, LLC;
- Relief Defendant DJD Land Partners, LLC;
- Relief Defendant LDG001, LLC;
- Other entity: BM318 LLC;
- Other entity: D4DS LLC;
- Other entity: D4FR LLC;
- Other entity: D4KL LLC;
- Other entity: Enoch Investments LLC;
- Other entity: FHC Acquisition LLC;
- Other entity: Goldmark Hospitality LLC;
- Other entity: JMJ Acquisitions LLC;
- Other entity: JMJ Development LLC;
- Other entity: JMJAV LLC;
- Other entity: JMR100 LLC;
- Other entity: Lajolla Construction Management LLC;
- Other entity: Mansions Apartment Homes at Marine Creek LLC;
- Other entity: MO 2999TC, LLC;
- Other entity: Orchard Farms Village LLC;
- Other entity: Villita Towers LLC;
- Other entity: 126 Villita LLC; and
- All other entities controlled directly or indirectly by Timothy Barton.

True and correct copies of the *Complaint* filed by the Securities Exchange Commission and the *Order Appointing Receiver* are attached as **Exhibit A** and **Exhibit B**, respectively.

Respectfully submitted,

By: [signature]

Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Tel. 214.327.5000
Fax. 214.327.5001

*Counsel for Receiver Cortney C. Thomas*

ORIGIN ID:TRLA (214) 327-5000
KIMBERLY O'ROURKE
BROWN FOX PLLC
8111 PRESTON ROAD
SUITE 300
DALLAS, TX 75225
UNITED STATES US

SHIP DATE: 20OCT22
ACTWGT: 1.00 LB
CAD: 101975365/INET4534

BILL SENDER

TO ANN E. FILKINS, CLERK OF COURT
U.S.D.C. - W.D. MICHIGAN
110 MICHIGAN STREET NORTHWEST
399 FEDERAL BLDG.
GRAND RAPIDS MI 49503
(214) 327-5000 REF: BARTON
INV:
PO: DEPT:

581J1/AC5F/FE2D

FedEx Express

E

RT 674 1 10:30 B 5737 10 21 FZ

FRI - 21 OCT 10:30A
PRIORITY OVERNIGHT

TRK# 0201 7702 6497 5737

49503

XN GRRA MI-US GRR