# 1

BROWN FOX

Cort Thomas
214.367.6094
cort@brownfoxlaw.com

October 20, 2022

**Via FedEx**
Ann E. Filkins, Clerk of Court
U.S. District Court, Western District of Michigan
399 Federal Building
110 Michigan St. NW
Grand Rapids, MI 49503

RE: No. 3:22-CV-2118-X; *Securities and Exchange Commission v. Timothy Barton, et al.*; Pending in the United States District Court for the Northern District of Texas, Dallas Division

Dear Clerk of Court:

I am the Court-appointed Receiver in the above-referenced case, pending in the United States District Court for the Northern District of Texas, Dallas Division.

Enclosed for filing is a *Notice of Appointment of Receiver,* which is accompanied by our firm check in the amount of $49.00 to cover the applicable filing fee for a miscellaneous action.

Please return a file-stamped copy of the Notice in the enclosed self-addressed, prepaid envelope.

If you have any questions, regarding this, please do not hesitate to contact my office.

Sincerely,

Cort Thomas

Enclosures